## Commonwealth *v.* Young, Appellant.

Argued September 14, 1967. *William M. Eichbaum*, with him *Pepper, Hamilton & Sheetz*, for appellant; *Michael M. Baylson*, Assistant District Attorney,

with him *Edward Rudley* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.